UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CORAL CHEMICAL COMPANY, et al.,

    Plaintiffs,

v.                                               Case No. 14-MC-029

GALAXY ASSOCIATES, INC., et al.,

    Defendants.

**ORDER**

Movant Matthew Roeser filed this Motion to Quash Subpoena on May 13, 2014. The subpoena relates to litigation in the District of Minnesota to which Roeser is not a party. The Court held a telephone hearing regarding the motion on May 23, 2014, attended by counsel for Plaintiffs, Defendants, and Movant. During the hearing, the Court directed Plaintiffs to submit a response to the motion on or before June 17, 2014.

To date, the Court has not received Plaintiffs' response. Because Plaintiffs have failed to respond as directed, the Court will assume that they no longer oppose the motion. Based on the current record, I conclude that the subpoena creates an undue burden and requests information not reasonably calculated to lead to the discovery of admissible evidence. Accordingly, the motion to quash the subpoena of Matthew Roeser is **GRANTED** and the subpoena is quashed.

Dated this   25th   day of June, 2014.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court